UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. : Case No. 05-107M

ANTHONY BIGELOW :

ORDER

FILED
JUL 0 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of defendant's request at the hearing held in this matter on July 7, 2005, and finding good cause shown, it is this 6th day of July, 2005, hereby

ORDERED that on or before July 17, 2005, the District of Columbia Department of Corrections shall provide to Assistant Federal Public Defender Mary Manning Petras (fax number 202-208-7515), records reflecting any and all dates on which Anthony Bigelow (D.C.D.C. # 192-202) was detained through the Department of Corrections, beginning with his first date of detention in relation to Superior Court of the District of Columbia case number F-5012-78, through his current detention at the District of Columbia jail; and it is further

ORDERED that if the Department of Corrections does not provide the records on or before July 17, 2005, that a representative of the Department of Corrections shall appear in courtroom 25 of the United States Courthouse, 333 Constitution Avenue, N.W., at 1:30 p.m., on July 18, 2005, to show cause why the Department of Correction should not be held in contempt for failing to provide the information.

_____
Magistrate Judge Deborah A. Robinson