UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0107M-01 (CR) |
| **ANTHONY R. BIGELOW,** | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 48 D.C.C. §904.01(a)(1) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | a Controlled Substance) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about March 1, 2005, within the District of Columbia, **ANTHONY R. BIGELOW**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F7470-84 and F5012-78, did unlawfully and knowingly receive and possess a firearm, that is, a RG Industries .25 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .25 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT TWO**

On or about March 1, 2005, within the District of Columbia, **ANTHONY R. BIGELOW**, did unlawfully, knowingly and intentionally possess with intent to distribute a quantity of heroin, a Schedule I narcotic drug controlled substance.

(**Unlawful Possession With Intent to Distribute a Controlled Substance**, in violation of Title 48, District of Columbia Code, Section 904.01(a)(1))

        KENNETH L. WAINSTEIN
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 451-058


BY: _____
        BARRY WIEGAND
        Assistant United States Attorney
        Bar No. 424-288
        Organized Crime and Narcotics Trafficking Section
        555 4th Street, N.W., Room 4211
        Washington, D.C. 20530
        (202) 514-7315