CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA **FILED**

OCT 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA            )
                                    )
                                    )
            vs.                     )                    Criminal No. 05-344(PLF)
                                    )
                                    )
                                    )
ANTHONY R. BIGELOW                  )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                    Defendant

_____
            Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
    Judge Paul L. Friedman
    United States District Court