# United States District Court for the District of Columbia

**FILED**

OCT 14 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

ANTHONY R. BIGELOW

CASE NUMBER:   CR 05-344 (PLF)

I,   ANTHONY R. BIGELOW   the above named defendant, who is accused of

18 USC 922(g)(1) - Unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonable for a term exceeding one year - Ct 1
48 DCC 904.01(a)(1) Unlawful possession with intent to distribute a controlled substance - Ct 2

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on   October 14, 2005   prosecution by indictment and consent that the proceeding may be by Superseding Information rather than by Indictment.

_____
Defendant   Anthony R. Bigelow

_____
Counsel for Defendant   Mary Petras, Esquire

_____
Judge Paul L. Friedman
United States District Court