UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-344** |
| | : | |
| v. | : | |
| | : | |
| **ANTHONY BIGELOW** | : | |
|     **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael Harvey, at telephone number 202-305-2195 and/or email address michael.harvey2@usdoj.gov. Michael Harvey will substitute for Assistant United States Attorney William Wiegand as counsel for the United States.

                                                              Respectfully submitted,

                                                              KENNETH L. WAINSTEIN.
                                                              United States Attorney

                                                              _____

                                                              Michael Harvey
                                                              Assistant United States Attorney
                                                              Federal Major Crimes, Bar No. 447-465
                                                              555 4th Street, NW, Room 4243
                                                              Washington, DC 20530
                                                              202-305-2195