# UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
PROBATION OFFICE

RICHARD A. HOUCK, JR.
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

December 16, 2005

## MEMORANDUM TO THE HONORABLE PAUL L. FRIEDMAN
## UNITED STATES DISTRICT JUDGE

Re:   **BIGELOW, Anthony**
      **Docket Number: 1:05-344**
      **Request for Extension and Delay of Sentencing**

On October 14, 2005, Anthony Bigelow pled guilty to Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a term exceeding one year, and Unlawful Possession With Intent to Distribute Heroin. The case was referred to our office for a presentence investigation on October 14, 2005. Sentencing is scheduled for January 24, 2006.

The presentence report is due for disclosure on December 20, 2005. Pursuant to LcrR32.2, the final presentence report is due to the court on January 17, 2006. We need to further investigate the defendant's medical and criminal history background. Therefore, I am requesting additional time to disclose the presentence report. In addition, I am requesting that sentencing be continued.

Neither Assistant U.S. Attorney Barry Wiegand nor Defense Counsel Mary Petras object to our request.

BIGELOW, Anthony  
Docket Number: 1:05-344

Page 2

Should the court concur with this request, I ask that sentencing be scheduled for on or after April 21, 2006.

Respectfully submitted,

**UNITED STATES PROBATION OFFICE**

Elizabeth Suarez  
U.S. Probation Officer  
(202) 565-1341

Approved by: _Gennine Hagar_  12/20/05  
Gennine Hagar, Deputy Chief  
United States Probation Officer  
(202) 565-1336

cc: Mary Petras, Defense Counsel  
    Barry Wiegand, AUSA

### ORDER ON REQUEST FOR EXTENSION AND DELAY OF SENTENCING

1. Extension for additional time to complete presentence report granted ✓.

   New sentencing date: April 28, 2005 at 9:30 a.m.

2. Extension for additional time to complete presentence report denied. Submit based on current record: _____

_Paul L. Friedman_  
Paul L. Friedman  
**UNITED STATES DISTRICT JUDGE**

January sentencing date is cancelled.

12/23/05  
DATE

FILED  
DEC 30 2005  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT