Parole Form H-8
(Rev. Oct. 1978)



# The United States Parole Commission
## Washington, D.C. 20537

## Certificate of Parole

**Know all Men by these Presents:**

It having been made to appear to the United States Parole Commission that **BIGELOW, ANTHONY R.**, Register No. **05036-016**, a prisoner in the **HOPE VILLAGE, WASHINGTON, D. C.**, is eligible to be PAROLED, and in that he has substantially observed the rules of the institution, and in the opinion of the Commission his release would not depreciate the seriousness of this offense or promote disrespect for the law, and would not jeopardize the public welfare, it is ORDERED by the said United States Parole Commission that he be PAROLED on **OCTOBER 26**, 19 **83**, and that he remain within the limits of **DISTRICT OF COLUMBIA** until **SEPTEMBER 26**, 19 **90**;

Given under the hands and the seal of the United States Parole Commission this **23RD** day of **SEPTEMBER**, nineteen hundred and **EIGHTY THREE**.

UNITED STATES PAROLE COMMISSION,

By _____

[SEAL]                     J. P. SKAGGS, CASE ANALYST

Adviser (if any) **INITIAL RISK CATEGORY: POOR (3)**

Probation Officer **WILLIAM H. WEBB, JR., CHIEF**

This CERTIFICATE OF PAROLE will become effective on the date of release shown on the reverse side. If the parolee fails to comply with any of the conditions listed on the reverse side, he may be summoned to a hearing or retaken on a warrant issued by a Member of the Parole Commission, and reimprisoned pending a hearing to determine if the parole should be revoked.

Disclosure of any reasonably necessary information concerning the release may be authorized by the Commission to prevent possible harm or loss of personal property to any person or persons with whom the releasee may come in contact.

COMMISSION COPY

U.S. Department of Justice
United States Parole Commission



# Warrant

To Any Federal Officer Authorized To Serve Criminal Process Within the United States:

WHEREAS, __BIGELOW, Anthony R. Reg. No. 05036-016__ was sentenced by the United States District Court for the _____ District of __Columbia__ to serve a sentence of __12__ years, _____ months, and _____ days for the crime of __Assault With Intent To Commit Robbery While Armed, Attempted Robbery.__ and was on the __5th__ day of __October__, 19__83__, released on parole ~~in accordance with Sec. 4163, Title 18, U.S.C. (Mandatory Release) or Public Law 91-513 (Special Parole Term)~~, from the __Hope Village, DC__ with _____ days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by authority of Sec. 4213, Title 18, U.S.C., to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal of this _____ __31st__ day of __October__, 19__84__

_[signature]_
U.S. Parole Commissioner

__Northeast__
*Region*

PAROLE FORM H-21
APR. 83

**U.S. Department of Justice**  
United States Parole Commission

Warrant Application

| | |
|---|---|
| TO: United States Parole Commission. Region __Northeast__ | Date __10-31-84__ |
| Case of __BIGELOW, Anthony R.__ | Reg. No. __05036-016__ |
| Race __Black__   Birth Date __5-7-59__ | FBI No. __414510 T3__ |
| (Sentence) (~~Special Parole~~) began __3-14-79__ | District from __DC Code__ |
| Original offense __Assault With Intent To Commit Robbery While Armed, Attempted Robbery.__ | |
| Sentence __12 years__ | Released __10-5-83__ |
| District to __DC__ | Transferred to _____   M.R. ____ Parole __x__ |
| Violation date __10-24-84__ | Termination date __9-26-90__ |

You shall, unless you have been convicted of a new offense, be given a preliminary interview by an official designated by a Regional Commissioner to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing.

At your preliminary interview and any subsequent revocation hearing you may present documentary evidence and voluntary witnesses on your behalf, and, if you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or other representative of your choice, or, if you are unable to pay for counsel, an attorney will be provided by the U.S. District Court if you fill out and promptly return a Form CJA-22 to a U.S. Probation Officer.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole or mandatory release, in which case the Commission will also decide when to consider you for further release.

CHARGES:     See Supp dtd 5-24-85

1. **Assault With Intent To Rob While Armed.**
   On 10-24-84, Subject was arrested by the MPD for attempting to rob an individual with a gun, according to USM teletype dated 10-26-84 by USPO Jason. Disposition is pending.

Date Warrant Issued __10-31-84__                Warrant recommended by: _Wm. L. Tenney_

                                                JACK T. WEEKS, Post Release Analyst

Parole Form H-20
(Rev. April, 1977)

UNITED STATES DEPARTMENT OF JUSTICE
United States Parole Commission
Washington, D. C. 20537

# WARRANT APPLICATION

TO: United States Parole Commission. Region __NERO__ Date __5-29-85__

Case of __BIGELOW, Anthony R.__ Reg. No. __05036-016__

Race _____ Birth Date _____ FBI No. _____

(Sentence) (Special Parole) began _____ District from _____

Original offense _____

Sentence began _____ Released _____

District to _____ Transferred to _____ M.R. ____ Parole ____

Violation date _____ Termination date _____

You shall, unless you have been convicted of a new offense, be given a preliminary interview by an official designated by a Regional Commissioner to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing.

At your preliminary interview and any subsequent revocation hearing you may present documentary evidence and voluntary witnesses on your behalf, and, if you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or other representative of your choice, or, if you are unable to pay for counsel, an attorney will be provided by the U. S. District Court if you fill out and promptly return a Form CJA-22 to a U. S. Probation Officer.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole or mandatory release, in which case the Commission will also decide when to consider you for further release.

CHARGES:                    SUPPLEMENT

REFERENCE CHARGE #1

ASSAULT WITH INTENT TO ROB WHILE ARMED
On or about 2-27-85, Subject was convicted of the above crime in DC Superior Court and on or about 4-3-85, was sentenced to a term of 7-23 years, according to USPO Freeman's reports of 3-13-85 and 5-2-85.

Date Warrant Issued __10-31-84__

District to which sent __DC__

RGT/gfh
COMMISSION COPY

Warrant recommended by:
_Ruth G. Taylor_
RUTH G. TAYLOR, POST RELEASE ANALYST
U.S. Parole Commission

PB-3
REV. 8-81
8-4880

## ERNMENT OF THE DISTRICT OF COL   IA
## BOARD OF PAROLE
WASHINGTON, D.C. 20001



# Order

BP 19094

Name _Bigelow-Bey, Anthony_

DCDC Number _192 202_

Institution (or status and PO) _Complex_

CODE _____

The case of the above named person has come to the attention of the Board of Parole with reference to:

- ☐ Early parole hearing
- ☐ Initial parole hearing
- ☐ Parole rehearing / IRH
- ☐ Preliminary revocation hearing
- ☐ Revocation hearing

- ☒ Warrant request
- ☐ Detainer review
- ☐ Personal appearance
- ☐ Work release violation
- ☐ Information

☒ Other: _Federal Transfer_

REMARKS: _____

RECOMMENDATION OF ANALYST / EXAMINER _____

---

The Board of Parole has examined the relevant information in this case and hereby orders the following action:

_Issue DC Parole Board warrant as a detainer; schedule detainer review I 5+9_   30C

WN
HC
KJ

Date _7/11/88_   District of Columbia Board of Parole:

_[signature]_ Chairman

_[signature]_

_[signature] Karen L. Jones_

---

Reason for the above action (where applicable): _____

_____ (N / A date _7/11/88_ by _JM_ )

IDPS-270

# Board of Parole
# District of Columbia

## WARRANT

☐ FYCA*
☒ Adult
☐ Both FYCA & Adult

Warrant No. PD 19096

To: Any Federal Officer
Any Officer of the D.C. Metropolitan Police Department
Any Officer of the D.C. Department of Corrections
Any Police Officer

FBI No. 414-510-T3
PDID No. 293-202

WHEREAS BIGELOW, ANTHONY                                     DCDC No. 192-202

is under sentence in the District of Columbia for the crime of ASSAULT W/I TO COMMIT ROB. W/A ATT. ROB.

and was on the 5TH day of OCT., 19 83 released on parole from the

HOPE VILLAGE

AND WHEREAS reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice.

YOU ARE HEREWITH COMMANDED TO TAKE THE SAID PRISONER, WHEREVER FOUND IN THE UNITED STATES AND RETURN SAID PRISONER TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS.

WITNESS my hand and the seal of this Board this 11th day of JULY 19 88.

_____
Member, D.C. Board of Parole

*For Federal Youth Corrections Act cases only:

This warrant expires at 12:01 a.m. _____ 19 ____ and the person named must not be held beyond that time.



# Board of Parole
# District of Columbia

Tape 1 = 714

PRE-RELEASE DETERMINATION RECORD

NAME: Bigelow Anthony   Adult [X]  Youth [ ]   DOB 5-7-59

DCDC# 192202  PDID# 293614  Reg. No. _____   Institution: Med

HEARING INFORMATION: Type: Initial   Location: OCC
Date: 6-14-90   If applicable, reason for rescheduling: _____
Official(s): Masson   Others Present: CO Officer

OFFENSE(S) ON WHICH PAROLE MAY BE GRANTED:   Face Sheet dated: 4-5-85

| Offense | Case No. | Sentence | Date Imposed |
|---|---|---|---|
| AWIT Rob w/Armed | F7470-84B | 7-21 y. | 4-3-85 |

Aggregate Sentence: _____   WCC/Current Amount Due: $20.00

Special Circumstances of Sentence: _____

CURRENT CRITICAL DATES ON SENTENCE ON WHICH PAROLE MAY BE GRANTED:
Parole Eligibility: 10-25-91/8-16-80 (6-16-90)   Full Term: 10-24-2005
Short Term: 11-30-98/10-13-98   Maximum Supervision: 4-27-2005
Face Sheet Dated: 4-5-85   Addit'l Info: _____

PREVIOUS BOARD ACTION ON SENTENCE ON WHICH PAROLE MAY BE GRANTED:
Last Board Action on this Sentence & Date: none
# of Hearings on this Sentence: 0   # of Times Paroled on this Sentence: 0
Date Last Released & Amount of Time on Parole (PV Rehearing ONLY): N/A

OTHER PENDING/CURRENT CRIMINAL INVOLVEMENT:
Detainer(s) [X]  Pend'g Charge(s) [ ]  Consec. Sentence(s) [ ]  Other [ ]  N/A [ ]
Description of Item(s) Checked: DC BOP

PREPARED BY: Parole Analyst  Sylvia Lawson   Date 5-21-90

-1-

 

# The Board of Parole
## of the
### District of Columbia

Order # 1 of 1

In reference to:

DCDC 192-202         NAME  ANTHONY R BIGELOW

DOB  05/07/1959      SSN 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        LOCATION  COMPLEX

DOCKET H9205-0065    CONSIDERATION TYPE  H:RECONSIDERAT

The District of Columbia Board of Parole issues the following **ORDER**:

GRANT PAROLE TO DETAINER ISSUED BY D.C. BOP

Implementation of this Order shall include the following:
No Special Conditions or Instructions at this time.

Remarks:

06/01/1992
Date

Seal

_Chairman_
on behalf of the Board of Parole

[ Parole Determination File ]

NOA Date 6-10-92  by b. white

PB-18
(Revised 10/81)

# BOARD OF PAROLE
## DISTRICT OF COLUMBIA
## CERTIFICATE OF PAROLE

**ADULT**      APD CERT. #10942-92

The DISTRICT OF COLUMBIA BOARD OF PAROLE, having been advised that _____ - Bigelow, Anthony _____ D.C.D.C. __192-202__ is eligible to be PAROLED, and it being the opinion of the BOARD OF PAROLE that the above-named will remain at liberty without violating the law and that the release of the individual to supervision is not incompatible with the welfare of society, it is ORDERED by the BOARD that the above-named be PAROLED on _____ June 1, _____, 1992__, and that said person remain under supervision within the limits of the __D.C. Board of Parole Detainer__ ~~(including the District of Columbia, Prince Georges and Montgomery Counties of Maryland, Arlington and Fairfax Counties of Virginia, including the cities of Alexandria, Fairfax and Falls Church, Virginia)~~ until _____ October 24, _____, ~~19~~2005; unless or until other action is taken by the District of Columbia BOARD OF PAROLE.

This action is subject to the above-named individual's signing an agreement to abide by and comply with all of the conditions of parole as shown on the reverse side of this CERTIFICATE.

Given under the hands and seal of the BOARD this _____ 1st _____ day of _____ June _____, 19_92_.

Grant parole to detainer issued by the D.C. Board of Parole.

The above-named was released on the _____ day of _____, 19____.

_____
Administrator

*[signature: Erias Hyman]*

If subject is released prior to October 24, 2005, he is to report to Parole Supervision, 717 14th Street, N.W., Suite 240, Washington, D.C. 20005.




# The Board of Parole
## of the
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

| | | |
|---|---|---|
| DCDC  192-202 | NAME  ANTHONY R BIGELOW | |
| DOB  05/07/1959 | SSN  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 | LOCATION  COMPLEX |
| DOCKET  H9207-0059 | CONSIDERATION TYPE  H:REVOCATION | |

The District of Columbia Board of Parole issues the following **ORDER**:

REVOKE PAROLE FOR CRIMINAL AND NONCRIMINAL VIOLATIONS;
CONSIDER FOR REPAROLE BY 06/01/1993

Implementation of this Order shall include the following:
Special Instructions for Reconsideration

PROGRAM PARTICIPATION

Remarks:

USED A FIREARM
FAILED TO OBEY ALL LAWS

07/22/1992
Date

_Eric A. Hyman_
Chairman
on behalf of the Board of Parole

Seal

[ Suspense ]