UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :

v.      :   Cr. No.   05-344 (PLF)

ANTHONY R. BIGELOW,      :

               Defendant.   :

**FILED**

MAY 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Name and address of appellant:  Anthony R. Bigelow, DCDC #192-202
        D.C. Detention Facility
        1901 D Street, SE
        Washington, D.C. 20003

Name and address of appellant's attorney:  Mary Manning Petras
        Assistant Federal Public Defender
        625 Indiana Avenue, NW, Suite 550
        Washington, DC 20004

Offense:   Unlawful Possession of Firearm & Ammunition, 18 U.S.C. § 922(g)(1)
Unlawful Possession With Intent to Distribute Controlled Substance, 48 D.D.C. § 904.01(a)(1)

Concise statement of judgment or order, giving date, and any sentence:
Judgement Dated May 1, 2006 - 100 months' imprisonment & 3 years' supervised release on Count One; 28 months' imprisonment & 3 years' supervised release on Count Two -- both to be served concurrently; and $200.00 special assessment

Name of institution where now confined, if not on bail:   D.C. Detention Facility

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

_5/5/06_
DATE

        Anthony R. Bigelow
        APPELLANT

CJA, NO FEE _____   FPD
PAID USDC FEE ___No_____
PAID USCA FEE ___No_____

ATTORNEY FOR APPELLANT

Does counsel wish to appear on appeal?   ___ Yes   _X_ No
Has counsel ordered transcripts?   ___ Yes   _X_ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?   _X_ Yes   ___ No